356 August 14, 2024 No. 564

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

TAYLOR BRYANT BRIGHT,
*Defendant-Respondent.*

Curry County Circuit Court
21CR16034; A179954

Cynthia Lynnae Beaman, Judge.

On respondent's petition for reconsideration filed June 14, 2024. Opinion filed June 5, 2024. 333 Or App 58 (2024).

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Oregon Public Defense Commission for petition.

Before Aoyagi, Presiding Judge, Joyce, Judge, and Jacquot, Judge.

JOYCE, J.

Reconsideration allowed; opinion modified and adhered to as modified.

**JOYCE, J.**

Defendant petitions for reconsideration of our opinion in *State v. Bright*, 333 Or App 58, ___ P3d ___ (2024). We allow reconsideration, modify our prior opinion as described below, and adhere to the opinion as modified.

In his petition, defendant asks us to clarify the scope of the trial court's authority on remand. The state has not filed a response to the petition.

We grant reconsideration to clarify the scope of the court's authority on remand. We add the following sentence to the end of the last paragraph of our original opinion, 333 Or App at 62: "We therefore reverse and remand for further proceedings consistent with this opinion, including factfinding under the correct legal standard."

Reconsideration allowed; opinion modified and adhered to as modified.